# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JAY V. YUNIK, )
        Petitioner, )
    v. ) Civil Action No. 07-232 Erie
PAUL SLOWITSKY, et al., )
        Respondents. )

## MEMORANDUM ORDER

This petition for writ of habeas corpus was received by the Clerk of Court on August 30, 2007 and was referred to Chief United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Chief Magistrate Judge's Report and Recommendation, filed on September 28, 2007 [5], recommends that the Petitioner's motion for leave to proceed *in forma pauperis* [1] be denied. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Petitioner by certified mail at SCI Mercer, where he is incarcerated. Objections were filed by Petitioner on October 11, 2007 [11]. After de novo review of the petition and documents in the case, together with the Report and Recommendation and objections thereto, the following order is entered:

    AND NOW, this 19th Day of November, 2007;

    IT IS HEREBY ORDERED that the Petitioner's motion for leave to proceed *in forma pauperis* [1] is DENIED.

    The Report and Recommendation of Chief Magistrate Judge Baxter, dated September 28, 2007 [5], is adopted as the opinion of the Court.

                            /s   Sean J. McLaughlin
                                  SEAN J. McLAUGHLIN
                                  United States District Judge

cm:    All parties of record.
        Chief U.S. Magistrate Judge Susan Paradise Baxter